**Opinion issued October 3, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-22-00509-CV

_____

**IN RE NO LIMIT CONSTRUCTION SERVICES, LLC, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, No Limit Construction Services, LLC, has filed a petition for writ of mandamus challenging (1) the trial court's order granting partial summary judgment on real party in interest's sworn-account claim and (2) the trial court's order denying

relator's motion to reconsider and vacate the summary judgment order.[1] We deny the petition and lift the stay imposed by our September 21, 2023 order.

**PER CURIAM**

Panel consists of Justices Goodman, Rivas-Molloy, and Guerra.

---

[1] The underlying case is *JAM Materials, LLC v. No Limit Construction Services, LLC*, cause number 2021-27906, pending in the 113th District Court of Harris County, Texas, the Honorable Rabeea Sultan Collier presiding.